**1265  PALMER vs. PRESIDENT AND TRUSTEES OF VILLAGE OF HARTFORD, 73 M., 96.**

To compel approval of a liquor dealer's bond, where the refusal was based upon the pecuniary irresponsibility of the sureties.
Denied November 28, 1888.

**1266  WOLFSON vs. TOWNSHIP BOARD (Rubicon), 63 M., 49.**

To compel approval of liquor bond.
Denied October 7, 1886.
In the judgment of the board, one of the sureties was not pecuniarily responsible, and it was held that the board having come to a deliberate conclusion upon testimony, mandamus will not disturb the judgment thus exercised.

**1267  McHENRY ET AL. vs. TOWNSHIP BOARD (Chippewa), 65 M., 9.**

To compel the approval of a druggist's liquor bond.
Denied February 3, 1887.
It appeared that the reason for the rejection of the bond was the insufficiency of the sureties, and that the board acted in good faith.